# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DENNIS GARRY WHITTIE,

    Plaintiff,

v.

CITY OF RIVER ROUGE, *et al.*,

    Defendants.

Case No. 14-cv-10070
Hon. Matthew F. Leitman

_____/

## AMENDED SCHEDULING ORDER AND BRIEFING SCHEDULE

On January 10, 2019, the Court held a telephonic status conference in this action to discuss the currently-pending motions for clarification and motion to strike. (*See* ECF ## 104, 105, and 106.) The Court and counsel also discussed a schedule for expert discovery in this matter.

Based on the discussion during the status conference, **IT IS HEREBY ORDERED** that the briefing schedule for the currently-pending motions shall be as follows:

- Plaintiff shall file a combined reply in further support of his motion for clarification (ECF #104) and response to Defendants' motion for clarification (ECF #106) by no later than **February 1, 2019**. The filing shall not exceed 30 pages.

- Plaintiff shall file a response to Defendants' motion to strike (ECF #105) by no later than **February 1, 2019**. The response shall not exceed 25 pages.

- Defendants shall file a reply in further support of their motion for clarification (ECF #106) by no later than **February 11, 2019.** The reply shall not exceed 10 pages.

1

- Defendants shall file a reply in further support of their motion to strike (ECF #105) by no later than **February 11, 2019**. The reply shall not exceed 7 pages.

In addition, the Court amends its scheduling order and resets the following dates:

| EVENT | DATE |
| --- | --- |
| Rule 26(a)(2) Proponent Expert Disclosures | February 22, 2019 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | March 25, 2019 |
| Expert Discovery Cutoff | May 6, 2019 |
| Dispositive Motions and Challenges to Experts | June 10, 2019 |
| Rule 26(a)(3) Pretrial Disclosures | August 19, 2019 |
| Motions *in Limine* | September 20, 2019. Response briefs due September 30, 2019. No reply briefs shall be filed |
| Final Pretrial Order | October 7, 2019 |
| Final Pretrial Conference | October 21, 2019, at 2:00 p.m. |
| Trial Date | **To Be Set by the Court** |

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: January 24, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 24, 2019, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764