UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS GARRY WHITTIE,

       Plaintiff,

v.

CITY OF RIVER ROUGE, *et al.*,

       Defendants.

Case No. 14-cv-10070
Hon. Matthew F. Leitman

_____/

### ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY (ECF #117)

On April 22, 2019, Plaintiff Dennis Garry Whittie filed a motion to compel discovery and for other relief. (*See* ECF #117.) **IT IS HEREBY ORDERED** that Defendants shall respond to the motion by no later than **5:00 p.m. on Monday, April 29, 2019**. Whittie shall not file a reply brief.

The Court recognizes that this briefing schedule is more abbreviated than the schedule set forth in the Court's Local Rules. However, because the Court will hear Whittie's motion to compel on May 1, 2019, the same day as it is hearing the other pending motions in this case, an abbreviated briefing schedule is appropriate.

**IT IS SO ORDERED**.

Dated: April 22, 2019

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 22, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764